IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>    vs.<br><br>GENE CHANEY III and PAMELA CLEVELAND,<br><br>                Defendants. | Case No. 3:22-cv-00199-JMK<br><br>**ORDER RE: STATUS OF CASE** |

Plaintiff filed its Complaint on September 12, 2022.[1] On January 13, 2023, without leave from the Court, Plaintiff filed an Amended Complaint naming additional defendants.[2] The Court struck the Amended Complaint on January 19, 2023, for lack of compliance with Federal Rule of Civil Procedure 15(a).[3] On February 3, 2023, Defendants filed an Answer to the stricken Amended Complaint.[4] The Court struck the Answer as it related to a non-existent entry.[5]

---

[1] Docket 1.
[2] Docket 4.
[3] Docket 5.
[4] Docket 8.
[5] Docket 9.

To date, Defendants have not filed a responsive pleading to the Complaint. Plaintiff is to respond to this Order by **June 30, 2023**, by filing for entry of default or indicating why it has not sought default. If appropriate, the parties may propose new deadlines for amending the pleadings and/or filing responsive pleadings.

**IT IS SO ORDERED** this 16th day of June, 2023, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge

*Am. Reliable Ins. Co. v. Chaney, et al.* Case No. 3:22-cv-00199-JMK
Order Re Status of Case Page 2
Case 3:22-cv-00199-JMK   Document 10   Filed 06/16/23   Page 2 of 2